**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CROOKED LANE CROSSING<br>CONDOMINIUM ASSOCIATION, | : | No. 804 MAL 2018 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALINA VOLKOVA A/K/A ALINA<br>VOLKOVA-BURDA, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of May, 2019, the Petition for Allowance of Appeal, the Applications for Relief, and the Application for Intervention are **DENIED**.